THE ATTORNEY-GENERAL *v.* THE CONTINENTAL LIFE INSURANCE
COMPANY.

In Matter of Claim of BENJAMIN L. FELTWELL et al., Appel-
lants.

(Submitted June 29, 1883 ; decided October 2, 1883.)

*Cecil Campbell Higgins* for appellants.

*Leslie W. Russell,* attorney-general.

*Edward H. Hobbs* for the receiver, respondent.

Agree to affirm ; no opinion.

All concur, except ANDREWS, J., absent.

Order affirmed.